**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FK CONSTRUCTION FUNDING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2022 LA 02286 |
| ) | |
| GREAT MIDWEST INSURANCE ) | Hon. John Robert Blakey |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

To: Cornelius F. Riordan
Ryan T. Johnson
Andres J. Gallegos II
Robbins DiMonte, Ltd.
180 N. LaSalle St., Suite 3300
Chicago, IL 60601
criordan@robbinsdimonte.com
rjohnson@robbinsdimonte.com
agallegosii@robbinsdimonte.com

PLEASE TAKE NOTICE that on Tuesday, November 8, 2022, at 11:00 a.m., the undersigned shall appear before the Honorable John Robert Blakey, or any Judge sitting in his stead, in Courtroom 1203, 219 South Dearborn St., Chicago, Illinois and shall then and there present **GREAT MIDWEST INSURANCE COMPANY'S** M**OTION TO DEEM FACTS ADMITTED,** copy of which is attached hereto and herewith served upon you.

Respectfully Submitted,

By: /s/ Grace Winkler Cranley
Grace Winkler Cranley
DINSMORE & SHOHL, LLP
222 W. Adams St., Suite 3400
Chicago, IL 60606
Phone: (312) 775-1744
Fax: (312) 372-6085
Email: grace.cranley@dinsmore.com
***Counsel for Great Midwest Insurance Company***

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing Notice of Motion and Motion to Deem Facts Admitted were filed on November 1, 2022, with the Clerk of the Court using the CM/ECF system, which will send notice to counsel of record.

                                            /s/ Grace Winkler Cranley